PDR NO. 1263-16

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 23 2016

Abel Acosta, Cle;

IN THE

TEXAS COURT OF CRIMINAL APPEALS

AT AUSTIN, TEXAS

---

CARL ANTHONY WILSON,
APPELLANT-PETITIONER,

v.

THE STATE OF TEXAS,
APPELLEE-RESPONDENT

FILED IN
COURT OF CRIMINAL APPEALS

Abel Acosta, Clerk

---

PETITIONER'S MOTION TO SUSPEND RULE 9.3(b)(1) OF TEX. R. APP. PRO.

UNDER RULE 2 OF TEX. R. APP. PRO.

---

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Carl Anthony Wilson, Appellant-Petitioner, pro se and files this motion asking this Honorable Court to suspend Rule 9.3(b)(1) requiring 11 copies of a petition for discretionary review be filed, under Rule 2 of Tex. R. App. Pro. for good cause.

According to Tex. R. App. Pro. 9.3(b)(1), a party must file the original and 11 copies of a petition for discretionary review with this Honorable Court. Petitioner is an incarcerated, pro se litigant whom does not have access to a copying machine in the Texas Department of Criminal Justice.

It would be unduly burdensome to require a petitioner incarcerated that does not have access to a copying machine to file 11 copies of the petition. Good cause exists for this Honorable Court to suspend the required 11 copies of the petition.

Petitioner asks that this Honorable Court allow him to file only an ori-

ginal of the petition, and a copy to each party as required by the rules.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that this Honorable Court suspend Tex. R. App. Pro. 9.3(b)(1), allowing him to only file an original of the petition with this Court. Petitioner also prays for any other relief that is just and equitable.

Respectfully Submitted,

Earl Anthony Wilson

CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion to suspend was delivered to prison authorities for mailing by U.S. Mail, postage pre-paid, first-class to the Texas Court of Criminal Appeals, Clerk of the Court, P.O. Box 12308, Austin, TX 78711-2308, State Prosecuting Attorney, P.O. Box 13046, Austin, TX 78711-3046 and the Smith County District Attorney, 100 N. Broadway Ave., Tyler, TX 75702 on this the _16_ day of December, 2016.

Earl Anthony Wilson

2.